December 1, 2021

Via: ECF
Judge William F. Kunta, II
United States District Court
Eastern District of New York
224 Cadman Plaza East
Brooklyn, New York 11201

Magistrate Judge Cheryl L Pollack
United States District Court
Eastern District of New York 225 Cadman Plaza East
Brooklyn, NY 11201

      RE:      **Alberto v. United States of America**
                    **Docket No.: 17-CV-5142 (WFK) (CLP)**

Dear Honorable District Judge Kuntz and Magistrate Judge Pollack,

I was formerly employed by the law firm of William Schwitzer & Associates, P.C. (hereinafter "WSA") and was previously involved in the instant lawsuit on behalf of plaintiff. However, I resigned from WSA on July 16, 2021 and am currently employed by a different law firm.

I do not have a retainer agreement with the plaintiff in this action and any retainer agreement is between the plaintiff and WSA. Upon information and belief, this matter is being handled by Jason Molesso, Esq. at WSA.

In light of my departure from WSA, I respectfully request to be relieved as counsel for the plaintiff.

Thank you for your consideration in this regard. Should you have any questions, please feel free to contact me directly.

                                          Yours etc.,

                                          /s/ Pamela M. Harinstein

                                          Pamela M. Harinstein

Cc: Counsel for all parties via ECF