December 1, 2021

**<u>Via ECF</u>**
Magistrate Judge Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    Alberto v. United States of America
               Docket No.: 17-CV-5142 (WFK) (CLP)

Dear Honorable Magistrate Judge Pollack,

    Please allow this correspondence to serve as my response to the Electronic Order re Doc. No. 55 from today.

    Upon information and belief, Mr. Jason Charles Molesso, Esq. is the lead attorney for the Plaintiff in this matter.

    Should you have any questions or concerns, please feel free to contact me directly.

                                                            Yours, etc.,

                                                             /S/ Albert K. Kim
                                                              Albert K. Kim, Esq.

CC:

*Counsel for all parties via ECF*